**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

RONISE PARKS, individually, and on behalf of all others similarly situated,

Plaintiffs, Case No.:

v.

EFPTR LLC d/b/a EASTERN FINANCIAL PARTNERS, and JOHN DOES 1-10,

Defendant.

/

**DEFENDANT EFPTR LLC'S NOTICE OF REMOVAL**

Defendant EFPTR LLC d/b/a Eastern Financial Partners ("EFPTR"), through undersigned counsel and pursuant to 28 U.S. Code §§ 1441(a) and 1446(a), *et seq.*, files this notice of removal of this action to the United States District Court for the Middle District of Tennessee, Nashville Division, and in support thereof, states the following grounds for removal:

1. On August 17, 2026, Plaintiff Ronise Parks filed this lawsuit in the Circuit Court for Davidson County in Nashville, Tennessee, Case No. 26C2492.

2. On August 24, 2026, Defendant EFPTR was served with the Summons and Complaint. A copy of the Summons and Complaint in this action, including a Return of Service and Legal Notice from the Circuit Court Clerk, is attached as Exhibit A.

3. The above-described action is one which this Court has original jurisdiction based on federal question under 28 U.S.C. § 1331 and is removable to this Court pursuant to 28 U.S.C. §§ 1441 and 1446. Plaintiff's claim on her own behalf and on a purported class is based on federal law, specifically the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, and the Code of Federal Regulations, 47 C.F.R. § 64.1200. *See* Compl., Ex. A, at p. 10.

4. Further, the parties have agreed to extend Defendant EFPTR's response date to the Complaint to October 23, 2026.

**WHEREFORE**, Defendant EFPTR respectfully requests this Court to enter an order accepting Defendant's Notice of Removal and removing the underlying lawsuit to federal court.

Date: September 23, 2026

Respectfully submitted,

By: */s/ Charles F. (Fritz) Spainhour)*
**Charles F. (Fritz) Spainhour**
Tennessee Bar No. 34453
fspainhour@bradley.com
**BRADLEY ARANT BOULT CUMMINGS LLP**
1221 Broadway, Suite 2400
Nashville, TN 37203
Phone Number: (615) 252-3821

**JEFFREY GILBERT (Pro Hac Vice to be filed)**
Florida Bar No. 375411
Jeffrey.Gilbert@gmlaw.com
Melissa.Fernandez@gmlaw.com
**GREENSPOON MARDER LLP**
600 Brickell Avenue, 36th Floor
Miami, FL 33131
Direct Phone Number: 305-789-2761

*Attorneys for Defendant EFPTR LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 23, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certified that the foregoing document is being served this day on all counsel of record identified on the Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Charles F. (Fritz) Spainhour*
Charles F. (Fritz) Spainhour